**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-1375**

---

JUNIUS J. JOYNER, III,

> Plaintiff - Appellant,

v.

EMILY B. REDMAN, resident of the State of Virginia,

> Defendant - Appellee.

---

**No. 23-1780**

---

JUNIUS J. JOYNER, III,

> Plaintiff - Appellant,

v.

EMILY B. REDMAN, resident of the State of Virginia,

> Defendant - Appellee.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria.  Patricia Tolliver Giles, District Judge.  (1:22-cv-00725-PTG-JFA)

---

Submitted:  April 25, 2024                          Decided:  July 18, 2024

---

Before WILKINSON, QUATTLEBAUM, and BENJAMIN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Junius J. Joyner, III, Appellant Pro Se.  Emily Kathryn Blake, Dawn Boyce, MCGAVIN, BOYCE, BARDOT, THORSEN & KATZ, P.C., Fairfax, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated cases, Junius J. Joyner, III, appeals the district court's orders granting Emily B. Redman's motions to dismiss his 42 U.S.C. § 1983 action, for a prefiling injunction, and for monetary sanctions. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Joyner v. Prince William Cnty. Cir. Ct.*, No. 1:22-cv-00725-PTG-JFA (E.D. Va. Mar. 10, 2023; July 19, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
